UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA J. KING,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF RBS, INC.,<br><br>    Defendants. | Case No.: 1:15-cv-00398-AWI-BAM<br><br>**ORDER ON STIPULATION TO DISMISS DEFENDANT GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF RBS, INC. WITHOUT PREJUDICE**<br><br>Honorable Anthony W. Ishii<br><br>Filing Date: March 12, 2015 |

Pursuant to the parties' stipulation, the Court orders that defendant Group Long Term Disability Plan for Employees of RBS, Inc. is dismissed without prejudice from this action.

IT IS SO ORDERED.

Dated:  April 6, 2015                                     _____

                                                      SENIOR  DISTRICT  JUDGE