FRANK N. DARRAS #128904, Frank@DarrasLaw.com
LISSA A. MARTINEZ #206994, LMartinez@DarrasLaw.com
SUSAN B. GRABARSKY #203004, SGrabarsky@DarrasLaw.com
PHILLIP S. BATHER #273236, PBather@DarrasLaw.com
DARRASLAW
3257 East Guasti Road, Suite 300
Ontario, California 91761-1227
Telephone:  (909) 390-3770
Facsimile:   (909) 974-2121
Attorneys for Plaintiff
LISA J. KING

ADRIENNE C. PUBLICOVER #161432, adrienne.publicover@wilsonelser.com
CHARAN M. HIGBEE #148293, charan.higbee@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:  (415) 433-0990
Facsimile: (415) 434-1370
Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA J. KING,<br><br>    Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Defendant. | Case No: 1:15-CV-00398-AWI-BAM<br><br>**STIPULATION AND ORDER RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff LISA J.

1  KING, and defendant HARTFORD LIFE AND ACCIDENT INSURANCE
2  COMPANY, and their attorneys of record, that the parties have resolved this
3  matter in its entirety.
4      IT IS HEREBY AGREED that the complaint and any counterclaim on file
5  herein shall be dismissed with prejudice, each side to bear their own attorney fees
6  and costs.

8  Dated: July 30, 2015          DARRASLAW

                                              */s/ Phillip S. Bather*
                                       PHILLIP S. BATHER
                                       Attorneys for Plaintiff
                                       LISA J. KING

13  Dated: July 30, 2015          WILSON, ELSER, MOSKOWITZ,
                                       EDELMAN & DICKER LLP

                                             */s/ Charan M. Higbee*
                                       ADRIENNE C. PUBLICOVER
                                       CHARAN M. HIGBEE
                                       Attorneys for Defendant
                                       HARTFORD LIFE AND ACCIDENT
                                       INSURANCE COMPANY

## **O R D E R**

21      The parties having stipulated that this matter has been resolved in its entirety
22  and each side to bear their own attorneys fees and costs, this matter is hereby
23  dismissed with prejudice. The Clerk is directed to close this case.

25  IT IS SO ORDERED.

26  Dated: __July 31, 2015__          _____
27                                                SENIOR DISTRICT JUDGE